■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE MIMS, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about July 6, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Moskowitz, Acosta and Freedman, JJ.